IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| CARL JEROME HOLMES, | : | |
| | : | |
| Petitioner | : | |
| | : | |
| VS. | : | |
| | : | NO. 7:04-CV-126(HL) |
| B.G. COMPTON, | : | |
| | : | |
| Respondent | : | **O R D E R** |

Before the Court is petitioner **CARL JEROME HOLMES'S** notice of appeal (Tab # 20) from the Court's March 10, 2006 order, which adopted Magistrate Judge Richard L. Hodge's recommendation that petitioner's 28 U.S.C. § 2254 motion be denied. The Eleventh Circuit Court of Appeals has mandated that the court construe petitioner's notice of appeal as an application for a certificate of appealability ("COA") pursuant to 28 U.S.C. § 2253(c). *Edwards v. United States*, 114 F.3d 1083 (11th Cir. 1997). Under section 2253(c), a COA may issue only if the applicant has made a substantial showing of the denial of a constitutional right. For the reasons stated in the magistrate judge's recommendation and this Court's order accepting the same, the Court finds that petitioner has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2). Accordingly, the application for a COA is **DENIED**.

**SO ORDERED**, this 31st day of March, 2006.

s/  Hugh Lawson
HUGH LAWSON
UNITED STATES DISTRICT JUDGE

cr